NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BAYER SCHERING PHARMA AG AND BAYER
HEALTHCARE PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

v.

**LUPIN, LTD. AND LUPIN PHARMACEUTICALS,
INC.,**
*Defendants-Appellees.*

---

**BAYER SCHERING PHARMA AG AND BAYER
HEALTHCARE PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

v.

**SANDOZ, INC.,**
*Defendant-Appellee,*

AND

**WATSON PHARMACEUTICALS, INC. AND WATSON
LABORATORIES, INC.,**
*Defendants-Appellees.*

---

2011-1143, -1228

---

Appeals from the United States District Court for the Southern District of New York in case nos. 10-CV-5423 and 08-CV-3710, Judge Paul G. Gardephe.

------

## ON MOTION

------

## ORDER

Bayer Schering Pharma AG and Bayer HealthCare Pharmaceuticals Inc. move without opposition to consolidate the above-captioned cases. Bayer Schering Pharma AG, et al., move for a 7-day extension of time, until May 3, 2011, to file its opening brief in 2011-1228.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The appellants' opening brief is due no later than May 3, 2011.

(3) The motion for an extension of time in 2011-1228 is denied as moot.

FOR THE COURT

APR 2 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 1 2011

JAN HORBALY
CLERK

cc: Peter B. Bensinger, Jr., Esq.
    Joseph A. Hynds, Esq.
    Mark T. Jansen, Esq.
    Robert F. Green, Esq.

s24